(GWZ FORM) supersummons.gwz-4-02

RECEIVED & ISSUED ~~FILED~~
2004 MAR 31 PM 3: 37
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re )  Bankruptcy Case No.
)  BK-N-03-52300-GWZ thru BK-N-03-52304 and
MEGO FINANCIAL CORP., et al. )  BK-N-03-52470-GWZ thru BK-N-03-52474
**Debtor** )
Official Committee of Unsecured )  CHAPTER 11
Creditors of Mego Financial Corp. )
et al. )
**Plaintiff** )  Adversary Proceeding No.   04-05114
)
Textron Financial Corporation and )
C. Alan Bentley, in his capacity as )
Chapter 11 Trustee )
**Defendant** )
)

ADDITIONAL
## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | CLERK, U.S. BANKRUPTCY COURT<br>300 Booth Street, Room 1109<br>Reno, Nevada 89509 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | John F. Murtha, Esq.<br>Woodburn and Wedge<br>P.O. Box 2311<br>Reno, Nevada 89505 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address   UNITED STATES BANKRUPTCY COURT<br>300 Booth Street, Room 1109<br>Reno, Nevada 89509 | Bankruptcy Courtroom   1161<br><br>Date and Time   06/23/04<br>9:00 a.m. |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PATRICIA GRAY
Clerk, U.S. Bankruptcy Court

3/31/04
_____
Date

_____
Deputy Clerk

