## CERTIFICATE OF SERVICE

### COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN & SCHEDULING ORDER PACKET

| | |
|---|---|
| In re ) <br> MEGO FINANCIAL CORP., et al. ) <br> **Debtor** ) <br> Official Committee of Unsecured ) <br> Creditors of Mego Financial Corp. ) <br> et al. ) <br> **Plaintiff** ) <br> Textron Financial Corporation and ) <br> C. Alan Bentley, in his capacity as ) <br> Chapter 11 Trustee ) <br> **Defendant** ) | Bankruptcy Case No. <br> BK-N-03-52300-GWZ thru BK-N-03-52304 and <br> BK-N-03-52470-GWZ thru BK-N-03-52474 <br><br> Chapter 11 <br><br> Adversary Proceeding No. 04-05114 <br><br> Date: 06/23/04 <br> Time: 9:00 a.m. |

RECEIVED AND FILED
2004 APR -2 PM 3: 31
UNITED STATES BANKRUPTCY COURT
PATRICIA GRAY, CLERK

I, __Denise Lercari__, certify that I am, and at all times during the service of process was,
        (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan & Scheduling Order packet was made __April 1, 2004__ by:
                                    (date)

(X) Mail service: ~~Regular, first class~~ Certified Mail, Return Receipt Requested United States mail, postage fully pre-paid, addressed to:
        C. Alan Bentley, Trustee
        3245 Patrick Lane, Ste. G
        Las Vegas, NV 89120

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


( ) Residence Service: By leaving the process with the following adult at:


( ) Publication: The defendant was served as follows: (Describe briefly)


( ) State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)
                                                                    (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

__April 1, 2004__                           _Denise Lercari_
Date                                         Signature

| Print name |
|---|
| Denise Lercari |
| **Business Address** |
| P.O. Box 2311 |
| City: Reno    State: NV    Zip: 89505 |

SCANNED SA

CC
CAC

(GWZ FORM) super\summons.gwz-4-02

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

RECEIVED & FILED
2004 MAR 31 PM 3:37
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

In re

MEGO FINANCIAL CORP., et al.
                         Debtor

Official Committee of Unsecured Creditors of Mego Financial Corp. et al.
                         Plaintiff

Textron Financial Corporation and C. Alan Bentley, in his capacity as Chapter 11 Trustee
                         Defendant

Bankruptcy Case No.
BK-N-03-52300-GWZ thru BK-N-03-52304 and
BK-N-03-52470-GWZ thru BK-N-03-52474

CHAPTER 11

Adversary Proceeding No.  04-05114

## ADDITIONAL
### SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | CLERK, U.S. BANKRUPTCY COURT<br>300 Booth Street, Room 1109<br>Reno, Nevada 89509 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | John F. Murtha, Esq.<br>Woodburn and Wedge<br>P.O. Box 2311<br>Reno, Nevada 89505 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address UNITED STATES BANKRUPTCY COURT<br>300 Booth Street, Room 1109<br>Reno, Nevada 89509 | Bankruptcy Courtroom  1161<br><br>Date and Time  06/23/04<br>                         9:00 a.m. |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PATRICIA GRAY
Clerk, U.S. Bankruptcy Court

3/31/04
Date

By: _____
Deputy Clerk