

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

---

Neal L. Wolf (California Bar No. 202129)
Todd L. Padnos (California Bar No. 208202)
LeBoeuf, Lamb, Greene & MacRae, LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111-3619
Telephone: 415-951-1100
Facsimile: 415-951-1180
*nwolf@llgm.com*
*tpadnos@llgm.com*

John F. Murtha (Nevada Bar No. 835)
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511-1149
Telephone: 775-688-3000
Facsimile: 775-688-3088
*jmurtha@woodburnandwedge.com*

Attorneys for the Official Committee of Unsecured Creditors

Michael P. Richman (NY Bar. No. MR2224)
Mayer Brown Rowe & Maw, LLP
1675 Broadway
New York, New York 10019
Telephone: 212-506-2500
Facsimile: 212-262-1910
*mrichman@mayerbrownrowe.com*

James Patrick Shea (Nevada Bar No. 405)
Shea & Carlyon, LTD
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: 702-471-7432
Facsimile: 702-471-7435
*jshea@sheacarlyon.com*

Attorneys for the Textron Financial Corporation

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

MEGO FINANCIAL CORP., et al.,

Debtors.

) Case Nos. BK-N-03-52300-GWZ through
) BK-N-03-52304 and BK-N-03-52470 through
) BK-N-03-52474
) Chapter 11 (joint administration)
)
) **Date: November 19, 2004**
) **Time: 9:30 a.m.**

### AMENDED ORDER APPROVING SETTLEMENT AND COMPROMISE

The "Joint Motion of the Official Committee of Unsecured Creditors and Textron Financial Corporation To Approve Settlement and Compromise" (the "Motion"),[1] filed on October 8, 2004, came before the Court for hearing on November 19, 2004 (the "Hearing"). Appearances were as noted on the record. The Court, having reviewed the Motion and related pleadings and papers, having heard the arguments of counsel, and having reviewed the findings and conclusions set forth in the concurrently filed "Amended Findings of Fact and Conclusions of Law In Support Of Order Approving Joint Motion of the Official Committee of Unsecured Creditors and Textron Financial Corporation To Approve Settlement and Compromise" (the "Amended Findings and Conclusions"),[2] which are incorporated by reference herein, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. Pursuant to Bankruptcy Rule 9019, the Amended Settlement Term Sheet[3] attached as Exhibit "1" to the "Notice of Filing of Amended Term Sheet on Joint Motion of the Official Committee of Unsecured Creditors and Textron Financial Corporation to Approve Settlement and Compromise," filed on November 5, 2004, is approved in all respects as a settlement and

---

[1] All capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion and the Amended Settlement Term Sheet, as applicable.

[2] The Amended Findings and Conclusions constitute the Court's findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7052 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In accordance with Bankruptcy Rule 7052, all findings of fact shall be construed as conclusions of law and all conclusions of law shall be construed as findings of fact, when appropriate, irrespective of how set forth in the Amended Findings and Conclusions.

[3] The Amended Settlement Term Sheet supersedes and replaces that certain Settlement Term Sheet appended to the Motion as Exhibit "A". In the event of any inconsistency between the Amended Settlement Term Sheet, the Amended Findings and Conclusion and this Order, the terms of the Amended Settlement Term Sheet shall govern.

28628644.4 03217600

compromise of the Pending Disputes set forth in the Motion. The Amended Settlement Term Sheet is: (i) fair and equitable to creditors; (ii) in the best interests of the Debtors' estates; and (iii) reasonable, given the particular circumstances of the above-captioned cases. The parties are authorized to execute any documents necessary to consummate the Amended Settlement Term Sheet.

3. Notice of the Motion, the Amended Settlement Term Sheet, the Hearing, the Amended Findings and Conclusions, and the terms of this Order were reasonable and in compliance with applicable law. No other or further notice is or shall be required. No additional notice of or other filings, pleadings or orders with respect to, the transfers of claims set forth in the Amended Settlement Term Sheet is or shall be required, whether pursuant to Bankruptcy Rule 3001 or otherwise.

4. The terms of this Order and the Amended Settlement Term Sheet, including, but not limited to, all findings of fact and conclusions of law set forth in the Amended Findings and Conclusions, shall be binding on all parties in interest, including, without limitation, the Trustee, the Debtors and any successor thereto, including any future trustee or fiduciary hereafter appointed in the above-captioned cases or any cases under Chapter 7 of the Bankruptcy Code upon conversion of the above-captioned cases.

5. Upon the Settlement Effective Date, other than as is necessary to effectuate the Amended Settlement Term Sheet, each of the Parties (and the Committee and C. Alan Bentley, the Chapter 11 Trustee of the Debtors, on behalf of the estates) hereby releases and forever unconditionally and irrevocably discharges the other Parties, their predecessors, successors, assigns, equity holders, parents, subsidiaries and affiliates, and related entities, and their present

28628644.4 03217600

and former shareholders, officers, directors, employees, agents and servants (collectively, the "Releases") from any and all claims, demands, liabilities, responsibilities, causes of action, obligations, damages, liens, costs and expenses (including attorneys' fees and costs), whether known or unknown and whether based on tort, contract, statute or ordinance, breach of contract or covenant, misrepresentation, fraud, or other tortious conduct or wrongful conduct, now or heretofore owned or held or which they may own or hold in the future against the Releases or any of them in connection with prior actions, inactions, conduct, statements, or non-statements related in any manner to the Debtors, the Chapter 11 Cases and/or the Adversary Proceedings (including, but not limited to, Adv. No. 03-5111). The Parties understand that this shall constitute a general release of the Releases, severally and collectively, and will constitute complete satisfaction of all actual or potential debts and obligations of the Releases other than as expressly set forth in the Amended Settlement Term Sheet.

6. The releases provided for in the immediately preceding paragraph shall be deemed to have occurred, without the execution and/or delivery of any additional documents, upon the Settlement Effective Date.

7. For cause shown, no dismissal of the above-captioned cases under section 349 of the Bankruptcy Code or otherwise shall be entered unless such dismissal expressly excludes the application of sections 349(a), (b) and (c) of the Bankruptcy Code.

8. Each of the Parties has acted in good faith in negotiating and agreeing to the Amended Settlement Term Sheet. The terms of the Amended Settlement Term Sheet are for reasonably equivalent value and fair consideration. The agreements and arrangements authorized in this Order have been negotiated at arms' length with all parties represented by

4

experienced counsel, are fair and reasonable under the circumstances, are enforceable in accordance with their terms and have been entered into in good faith.

9. The Court shall retain jurisdiction over this Order and the Amended Settlement Term Sheet in all respects, including, but not limited to, interpretation and enforcement.

DATED this _____ day of December, 2004.

BY THE COURT:

_____
Gregg W. Zive
United States Bankruptcy Judge

Order prepared and submitted by:

*/s/ [signature] for Neal L. Wolf*
*12-16-04*

Neal L. Wolf
Todd L. Padnos
LeBoeuf, Lamb, Greene & MacRae, LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: 415-951-1100
Facsimile: 415-951-1180

John F. Murtha
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, NV 89511-1149
Telephone: 775-688-3016
Facsimile: 775-688-3088

Attorneys for Official Committee of
Unsecured Creditors

— and —

28628644.4 03217600

_____
Michael P. Richman (New York Bar. No. MR2224)
MAYER, BROWN ROWE & MAW, LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

James Patrick Shea (Nevada Bar No. 405)
SHEA & CARLYON, LTD.
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

Attorneys for Textron Financial Corporation


Approved/Disapproved (circle one)


_____
Judy B. Calton
HONIGMAN, MILLER, SCHWARTZ & COHN, LLP
2290 First National Building
Detroit, MY 48266
Telephone: (313) 465-7344
Facsimile: (313) 465-7345

Joan C. Wright
James R. Cavilla
ALLISON, MACKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 North Division Street
P.O. Box 646
Carson City, Nevada 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918

Attorneys for the Trustee

28628644.4  03217600

6

12/16/2004 16:09 FAX                                                                    ☒003

(Approved)/Disapproved (circle one)

_____/s/_____

Rollin G. Thorley
Special Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
4750 West Oakey Boulevard, Suite 403
Las Vegas, Nevada 89102
Telephone: (702) 455-1173
Facsimile: (702) 455-1162

Daniel G. Bogden
UNITED STATES ATTORNEY
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

Approved/Disapproved (circle one)

_____

Nicholas Strozza
Assistant U.S. Trustee
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 2129
Reno, Nevada 89509
Telephone: (775) 784-5335
Facsimile: (775) 784-5531

Approved/Disapproved (circle one)

_____
Suzanne M. Fischer
Trial Attorney
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Telephone: (415) 975-4933
Facsimile: (415) 975-4495

Attorneys for Elaine L. Chao, Secretary of Labor,
United States Department of Labor

28628644.4 03217600

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of December 2004, I served a true and correct copy of the proposed Amended Order Approving Settlement and Compromise via facsimile as well as by depositing same in the United States Mail, postage prepaid, first class delivery, to the following:

Judy B. Calton
HONIGMAN, MILLER, SCHWARTZ & COHN, LLP
2290 First National Building
Detroit, MY 48266
Facsimile: (313) 465-7345

Rollin G. Thorley
Special Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
4750 West Oakey Boulevard, Suite 403
Las Vegas, Nevada 89102
Facsimile: (702) 455-1162

Nicholas Strozza
Assistant U.S. Trustee
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 2129
Reno, Nevada 89509
Facsimile: (775) 784-5531

Joan C. Wright/James R. Cavilla
ALLISON, MACKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 North Division Street/ P.O. Box 646
Carson City, Nevada 89702
Facsimile: (775) 882-7918

Daniel G. Bogden
UNITED STATES ATTORNEY
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Facsimile: (702) 388-6296

Suzanne M. Fischer
Trial Attorney
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
71 Stevenson Street, Suite 1110
San Francisco, California 94105
Facsimile: (415) 975-4495

/s/ Lissa Treadway
Lissa Treadway, CLAS, an employee of
SHEA & CARLYON, LTD.

###

28628644.4 03217600